# CASE ANNOUNCEMENTS

*February 10, 2014*

[Cite as *02/10/14 Case Announcements*, 2014-Ohio-429.]

## MOTION AND PROCEDURAL RULINGS

**2012–2026. State v. Thomas.**
Lake C.P. No. 11 CR 000321. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Lake County.

Upon consideration of appellant's motion to unseal portions of the record, it is ordered by the court that the motion is denied. It is further ordered, sua sponte, that counsel in this case and Assistant Public Defenders Randall Porter and Lisa Lagos shall be permitted to come to the clerk's office to review the sealed portions of the record.

**2013–2026. In re Review of the Alternative Energy Rider Contained in the Tariffs of Ohio Edison Co.**
Public Utilities Commission, No. 11–5201–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of appellants' motion for stay, it is ordered by the court that the motion for stay is granted and the stay shall become effective once appellants post a bond in the amount of $50,096,550 with the clerk of this court. The stay shall remain in effect during the pendency of the appeal.

## MISCELLANEOUS DISMISSALS

**2013–1917. State ex rel. Adam v. West.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2014–0151. State v. Long.**
Hamilton App. Nos. C–130566 and C–130605. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*February 11, 2014*

[Cite as *2/11/14 Case Announcements*, 2014-Ohio-454.]